McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
LEO R. MONTENEGRO
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134
E-Mail: Leo.R.Montenegro@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE BOYER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CIVIL NO. 2:05-cv-01552-KJM<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

　　　It is stipulated by the parties through their undersigned counsel, with the Court's approval, that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of TWO THOUSAND SIX HUNDRED THIRTY-TWO AND 50/100 DOLLARS ($2,632.50), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

　　　Payment of fees in the amount of TWO THOUSAND SIX HUNDRED THIRTY-TWO AND 50/100 DOLLARS ($2,632.50) shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: June 20, 2007 | /s/ Jesse S. Kaplan |
| 3 |   | (As authorized via e-mail on June 20, 2007)<br>JESSE S. KAPLAN |
| 4 |   | Attorney for Plaintiff |
| 5 | Dated: June 21, 2007 | McGREGOR W. SCOTT<br>United States Attorney |
| 6 |   | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 7 |   | Social Security Administration |
| 8 |   | /s/ Leo R. Montenegro |
| 9 |   | LEO R. MONTENEGRO<br>Special Assistant U.S. Attorney |
| 10 |   | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED.

DATED: June 22, 2007.

_____
U.S. MAGISTRATE JUDGE

2 - Stip & Order Re EAJA Fees